STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

ISMAEL CRUZ CARTAGENA          Case No. 11-01641-ESL

Chapter 13     Attorney Name: MARILYN VALDES ORTEGA*

### I. Appearances

Debtor            [ ] Present   [✓] Absent
Joint Debtor      [ ] Present   [ ] Absent
Attorney for Debtor  [✓] Present   [ ] Absent
[ ] Pro-se
[✓] Substitute _Angel Medina, Esq_

Date: April 01, 2011
Time: 2:08 PM   Track: N/R
[✓] This is debtor(s) 1st Bankruptcy filing.
Liquidation Value: _____
Creditors ___None___

### II. Oath Administered
[ ] Yes     [✓] No

### III. Documents Filed/Provided

[ ] Schedules
[ ] Statement of Financial Affairs (SOFA)
[ ] Statement of Current Monthly Income (SCMI)
[✓] Credit counseling briefing certificate (CCC)
   [ ] Waiver requested by debtor(s)
[ ] DSO Certificate

[ ] DSO Recipient's information
[ ] State Tax Returns _____ [ ] Returned
[ ] Federal Tax Returns _____ [ ] Returned
[ ] Evidence of income (60 days prior to petition)

### IV. Status of Meeting   [ ] Closed   [ ] Not Held   [✓] Continued _May 19, 2011_ at _2:30 PM_

### V. Trustee's Report on Confirmation
[ ] FAVORABLE
[ ] UNFAVORABLE

[ ] Feasibility
[ ] Insufficiently funded
[ ] Unfair discrimination
[ ] Fails liquidation value test
[ ] Fails disposable income test (I & J)
[ ] No provision for secured creditor(s)

[ ] Treat value of collateral separately
[ ] No provision for insurance
[ ] Tax returns missing
   [ ] State - years _____
   [ ] Federal - years _____

[ ] No DSO certificate (Post-petition)
[ ] Evidence of income
   [ ] Missing   [ ] Incomplete
[ ] Stmt. of Current Monthly Income
   [ ] Incomplete   [ ] Missing
   [ ] Fails commitment period   [ ] Fails Disp. Income
[ ] Certificate of Credit briefing
   [ ] Missing   [ ] More than 180 days
   [ ] Issuer not certified by U.S.T.
[ ] Incomplete schedules
[ ] Incomplete S.O.F.A.
[ ] Other:

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

ISMAEL CRUZ CARTAGENA

Case No. 11-01641-ESL

Chapter 13   Attorney Name: MARILYN VALDES ORTEGA*

### VI. Plan (Cont.)
Date: <u>February, 28, 2011</u>   Base $ <u>47,700.00</u>   [X] Filed   Evidence of Pmt shown: _____
Payments <u>/</u> made out of <u>/</u> due.   [ ] Not Filed

### VII. Confirmation Hearing Date: May, 4, 2011

### VIII. Attorney's fees as per R. 2016(b)
$3,000.00 - $ 221.00 = $ 2,779.00

### IX. Documents to be provided w/in ____ days

[ ] Amended schedules _____
[ ] Insurance estimate
[ ] Assumption/Rejection executory contract
[ ] Appraisal _____
[ ] State tax returns years _____
[ ] Federal tax returns years _____
[ ] Correct SS # (Form B21)
   [ ] Debtor  [ ] Joint debtor
[ ] Other: _____

[ ] Amended S.O.F.A. _____
[ ] Amended plan
[ ] Business Documents
   [ ] Monthly reports for the months
[ ] Public Liability Insurance
   [ ] Premises _____
   [ ] Vehicle(s) _____
[ ] Licenses issued by: _____

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments;
[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other: _____

**COMMENTS**

Debtor had an emergency and had to travel out of PR.

_____
Trustee/Presiding Officer

Date: <u>April 01, 2011</u>
(Rev.