STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

**In re:**

**ISMAEL CRUZ CARTAGENA**  Case No. 11-01641-ESL

Chapter 13  Attorney Name: MARILYN VALDES ORTEGA*

### I. Appearances

| | | |
|---|---|---|
| Debtor | [ ] Present | [X] Absent |
| Joint Debtor | [ ] Present | [ ] Absent |
| Attorney for Debtor | [X] Present | [ ] Absent |

[ ] Prose

[X] Substitute   A. Medina

Date & Time:  5/19/2011  3:09:00PM

[ ] R   [X] NR   LV:

[X] This is debtor(s) 1 Bankruptcy filing.

**Creditors:**

None

### II. Oath Administered
[ ] Yes   [X] No

### III. Plan

Date: 02/28/2011   Base: $47,700.00   Payments 2 made out of 2 due.

Confirmation Hearing Date: 6/17/2011 2:30:00PM

Evidence of Pmt shown:

**Attorney's fees as per R. 2016(b)**

$3,000.00  -  $221.00  =  $2,779.00

### IV. Status of Meeting

[ ] Closed   [ ] Not Held   [ ] Held/Continued

[ ] Held/Not Closed

[X] Continued

Continued Date: 6/30/2011 2:30:00PM

Comments:

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to: [ ] Appear: [ ] Commence payments

[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:

[ ] Other:

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

ISMAEL CRUZ CARTAGENA     Case No. 11-01641-ESL

Chapter 13     Attorney Name: MARILYN VALDES ORTEGA*

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[ ] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility | [ ] No provision for secured creditor(s) |
| [ ] Insufficiently funded | [ ] Treat value of collateral separately |
| [ ] Unfair discrimination | [ ] No provision for insurance |
| [ ] Fails disposable income | [ ] Tax returns missing |
|  |   [ ] State - years |
| [ ] Fails liquidation value test |  |
| [ ] Insuarence quote | [ ] Federal - years |

**Pending/Items/ Documents:**

| | |
|---|---|
| [ ] Assumption/Rejection executory contract | [ ] Business Documents |
|  |   [ ] Monthly reports for the months |
| [ ] Appraisal |  |
|  | [ ] Public Liability Insurance |
| [ ] DSO Recipient's Information |   [ ] Premises |
|  |   [ ] Vehicle(s): |
| [ ] Evidence of being current with DSO | [ ] Licenses issued by: |
| [ ] Evidence of income |  |

**COMMENTS**

Mr. Angel Medina substuitutes for Ms. Marylin Valdes, attorney of record. Second time meeting is called. First time in April debtor absent outside of PR attending to an emergency. Mr. Medina does not know why debtor is absent today. Did see an email message that it was difficult for debtor to leave his job. I note from Sched. I that he works in Ponce de Leon Ave in San Juan and as of filing date had been on the job 3 months. Current with the 2 payments that have become due. I reschedule to 06.302011 at 2:30PM to allow Debtor ample time to make arrangements at his job. The time of 2:30 PM was given so that he may work most of the day. No further coninuances to be granted.

s/Alejandro Oliveras      Date: 05/19/2011

Trustee/Presiding Officer      (Rev. 02/11)