IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

ISMAEL CRUZ CARTAGENA

XXX-XX-4611

Debtor(s)

CASE NO. 11-01641 ESL

Chapter 13

FILED & ENTERED ON 09/16/2011

**ORDER**

The application for compensation filed by Attorney Marilyn Valdes Ortega (docket #14) is hereby granted up to the amounts held by the Chapter 13 trustee after deducting $100 for the trustee's expenses, that is, $1250.00 see docket entry #31.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 16 day of September, 2011.

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

CC: DEBTOR(S)
ALEJANDRO OLIVERAS RIVERA